UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GONZALEZ, JR., Plaintiff, v. N. CORRIGAN, Defendant. | Case No. 2:26-cv-0169-DAD-JDP (P)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br>(Doc. No. 4, 7) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action on January 20, 2026, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 1, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders after plaintiff failed to respond in any way to the magistrate judge's March 12, 2026 order directing him to file an amended complaint within thirty (30) days and an April 24, 2026 order to show cause. (Doc. No. 7) (citing Doc. Nos. 5, 6).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (Doc. No. 7 at 3.) Plaintiff has not

/////

filed objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued July 1, 2026 (Doc. No. 7), are ADOPTED in full;
2. This action is DISMISSED without prejudice due to plaintiff's failure to comply with court orders and failure to prosecute;
3. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 4), is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE